| AO 256 (Rev. 2/86) | CRIMINAL DOCKET - U.S. District Court | | | | | U.S. vs 5/24 - William Thomas, Jr. DOE, John a/k/a William, a/k/a "Hot Rod" | Case Filed Mo. Day Yr. 04 / 09 / 91 | No. of Def's 6 | U.S. MAG. CASE NO. | Docket No. 00012 | Def. 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ Misd. ☐ Felony ☒ | 0417 | 5 | Assigned 1707 Disp./Sentence 1707 | ☐ WRIT ☐ JUVENILE ☐ ALIAS | | | | | | | |
| | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 & 841(a)(1) | conspiracy to distribute and poss. w/intent to distr. cocaine and marijuana - Ct. 1 | 1 | ☒ |
| | **SUP. INDICT** (marked as 3rd) | | |
| 21:846 & 841(a)(1) | conspr. to distribute and poss. w/intent to distr. cocaine and marijuana - Ct. 1 | 1 | ☒ |

SUPERSEDING COUNTS →

## II. KEY DATE

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO | |
|---|---|---|---|---|---|
| KEY DATE EARLIEST OF | ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint | KEY DATE 4/9/91 (Actually 2nd Sup. Indict.) | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver | KEY DATE 5-23-91 6-4-91 | a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☒ Supsdg: ☒ Indt Inf actually 3-ct d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn |
| | | | | KEY DATE 9-10-91 APPLICABLE | ☐ Dismissal ☐ Pled guilty {After N.G. / After nolo} ☐ Nolo ☒ Trial (voir dire) began ☐ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT 9-10-91 | 1st Trial Ended 9-16-91 | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
01-R. Cheatham, 02-M. Cheatham, 03-Wade, -04Richardson, 05-Sherron

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.
Christine W. Dean

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**NOT ON ORIGINAL OR Sup. Indictment:** (FPD to provide represen.)

209 Bullock Street
Henderson, NC 27536
919/438-2757

Farris A. Duncan
P. O. Box 1104
Goldsboro, NC 27530
735-9427

Ar+TR: 91/8W
10

90 days up:
70 days up: 8-1-91        (70 days up 11/7 thru 9/9)

### BAIL & RELEASE

**PRE-INDICTMENT**
Release Date: 
Bail ☐ Denied     ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET $      ☐ PSA
Conditions:
Date Set      ☐ 10% Dep.
              ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made    ☐ 3rd Prty
                  ☐ Other

**POST-INDICTMENT**
Release Date: 5-30-91
Bail ☐ Denied    ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET $100,000 unsec    ☐ PSA
Date Set 5-30-91   Conditions:
                   ☐ 10% Dep.
                   ☐ Surety Bnd
☐ Bail Not Made    ☐ Collateral
Date Bond Made 5-30-91   ☐ 3rd Prty
                         ☐ Other

**APPEALS FEE PAYMENTS**

| FINE AND RESTITUTION PAYMENTS | | | ☐ Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE / DOCUMENT NO. | Yr. 91 | Docket No. 00012 | Def. 06 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE __ OF __ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | **V. PROCEEDINGS** — DOE | | | |
| 4/2/91 | 1. | | | **MOTION TO SEAL INDICTMENT** - lc: Mccotter | | sr | |
| | 2. | | | **ORDER** - sealing indictment - to be unsealed upon arrest of all defts - req. of USA - or exp. of 7 days. | | sr | |
| 4/5/91 | 3. | | | **REQUEST** - for issuance of Warrant by USA - det. requested | | | |
| | -- | | | **ISSUED WARRANT FOR ARREST** on 2nd Sup. Indictment - orig. & lc: USM - lc: USA | | sr | |
| 4/9/91 | 4. | | | **INDICTMENT (SECOND SUPERSEDING)** - deft. not on orig. or Sup. Indict. lc: USA, PTS, USM, Judge Fox and J. Mccotter. | | sr | |
| 5/23/91 | -- | | | **INITIAL APPEARANCE** in Ral before USMJ Denson = Recorded - Deft present w/o counsel - Advised of rights, charges, max punish - Govt moves for P/T Deten - Deft req court assigned counsel - Det hrg to be sch later | | vp | |
| | 5. | | | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** - det hrg sch for 5/30/91 at 11:00 pm **(DENSON)** lc: USA, USM, PTS, Denson Joyce (2) | | vp | |
| 5/24/91 | -- | | | Pretrial Scheduling Report to McCotter | | vp | |
| | 6. | | | **ORDER CHANGING NAME** - the clerk is directed to amend the indict and all other records in this case to show this deft as William Thomas, Jr. **(Denson)** - lc USA, PTS | | vp | |
| | 7. | | | **ORDER** appting court assigned counsel **Denson)** - lc: USA, PTS, FPD w/file | | vp | |
| 5/24/91 | -- | | | **ISSUED NOTICE TO APPEAR** - (due to co-defts.being set on 6/10)- set for ar & tr. on 6/10/91 at 9 A.M. in Wilm. before Judge Fox - lc: USA and FPD | | sr | |
| 5/29/91 | 8 | | | **ORDER ON PRETRIAL SCHEDULING** - p/t discovery by 6/24/91 Motions by 7/5/91 Responses by 7/15/91. (McCotter, USDMJ) cys: Judge Fox, USA & FPD | | b11 | |
| 5/29/91 | 9 | | | **RETURN ON WARRANT** - deft. arrested on 5/22/91 by DUSM J. Michael Wilson. | | b11 | |
| 5/30/91 | 10 | | | **MOTION TO CONTINUE** - trial by deft. w/cs, cy to Judge Fox. | 5-30-91 / 6.3.91 | b11 | 4 |
| 5/31/91 | 11. | | | **RESPOSNE TO MOTION TO CONTINUE** by Govern. w/cs. lc: Judge Fox | | sr | |
| *5/30/91 | -- | | | **DETENTION HEARING IN RAL BEFORE USMJ DENSON** - Recorded - Deft present w/counsel - Govt w/draws motion for p/t det - Deft is released on spec conds, $100,00 unsec bond and 3rd party custody | | vp | |
| | 12. | | | **ORDER SETTING CONDITIONS OF RELEASE** - deft is released on spec conds, $100,000 unsec bond and 3rd party custody to Peggy Hunt Pettiford **(Denson)** - Dist + Ms. Pettiford and Counsel | | vp | |
| | 13. | | | **APPEARANCE BOND** - $100,000 unsec bond **(Denson)** - lc: Dist + Counsel | | vp | |
| 6/3/91 | 14. | | | **ORDER** - purs. to m/to continue by co-deft. Thomas from 6/10/91 sess - motion is allowed and case is continued to 8/12/91 at Wilm. - except for Ct. 5 of co-deft. WAde which was severed and will stay on 6/10 sess - excludable u/18:3161(h)(7). (Fox, J) Cr. OB#43, P. 202 - lc: USA, USPO, USM, McCotter and Mr. Duncan (ent. 6/4/91) | 6/10/91 / 8/12/91 | sr | 63 |
| | | | | **70 days up10/10 w/excl time thru 8/12/91** | | | |

Case 5:91-cr-00012-F   Document 7   Filed 04/09/91   Page 2 of 4

CONTINUED TO PAGE __

LETTER CODES — For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]



B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 8a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]



7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance H(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i,ii)]
T2 Case unusual or complex [(8)(B,ii)]



T3 Indictment following arrest can't be filed in 30 days [(8)B,iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 6/4/91 | 15. **SUPERSEDING INDICTMENT** (marked as 3rd) - 1c: USA, USPO/PTS McCotter, Judge Fox and Mr. Duncan | sr | | | |
| 6/10/91 | 16 **NOTICE OF APPEARANCE** - by Farris A. Duncan for deft. . Cys: USA, USPO, PTS, J. Fox & J. McCotter | bll | | | |
| 6/12/91 | 17. **ORDER FOR DISMISSAL** - dismissed 2nd Sup. indictment (Fox, j) Cr. OB#43, P. 243 - 1c: USA, USPO, USM, McCotter and Mr. Duncan (ent. 6/17/91) | sr | | | |
| 7-24-91 | --- **ISSUED NOTICE TO APPEAR** - set for ar. & tr. on 8/12/91 at 9 A.M. in Wilm. before Judge Fox - 1c: USA and Mr. Duncan | sr | | | |
| 8/2/91 | 18. **MOTION TO CONTINUE** - moves to continue from 8/12/91 Session by Govern. w/cs. - 1c: Judge Fox | sr | 8/2/91 / 8/6/91 | 4 | |
| 8/6/91 | 19. **ORDER** - motion to continue from 8/12 allowed - continued to 9/9 session at Wilm. - excludable u/18:3161 (h)(8)(A) and (h)(8)(B)(i). (Fox, J) Cr. OB#11, P. 112 - 1c: USA, USPO, USM Mr. Crawley and McCotter. (ent. 8/6/91) | sr | 8/12/91 / 9/9/91 | | 28 |
| | 70 days up 11/7 w/exlc time thru 9/9) | sr | | | |
| 8/23/91 | **ISSUED NOTICE TO APPEAR** - set for <u>arrgn.</u> & <u>trial.</u> on 9/9/91 at Wilm. at 9 A.M. before Judge Fox - 1c: USA and Mr. Duncan | sr | | | |
| 8/27/91 | **ISSUED AMENDED NOTICE TO APPEAR** - set for <u>arrgn.</u> & <u>trial.</u> on 9/10/91 at Wilm. at 9 A.M. before Judge Fox instead of 9/9 - 1c: USA and | sr | | | |
| 9/5/91 | 20. **GOVERNMENT'S PROPOSED QUESTIONS OF VOIR DIRE** 1c: Judge Fox | sr | | | |
| | 21. **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS** - 1c: Judge Fox | sr | | | |
| 9/6/91 | 22. **INFORMATION** - govern will seek enhanced penalty u/21:851 at sentencing in this case (deft. set for tril 9/9) w/cs. 1c: Judge Fox | sr | | | |
| 9/9/91 | 23. **MOTION IN LIMINE** by Govern. - 1c: Judge Fox (ruled on in open court) | | | | |
| 9/10/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter Arraigned - Not guilty Reserved opening statment Evid. began for the Govern. | | | | |
| 9/11/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter Evid. cont'd for the govern. 23. **ORDER** - that following govern. exhibits be retained in the custody of Kenneth Mathias - Raleigh Police Dept. - guns and cocaine - Nos. 66, 70, 62, 63, 74, 72, 2, 6 & 7 (Fox, J) Cr. OB# P. (ent. 9/11/91) cys. to Agent Mathias and USA | sr | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 9/12/91 | -- Wilm. - Judge Fox - Taley Taylor Ct. Reporter | | | | |
| |     Evid. cont'd for the Govern. | | | | |
| 24. | ORDER - following govern. exhs. retained by Ral. | | | | |
| |     Police Dept - Kenneth Mathias - gun and cocaine - | | | | |
| |     Nos. 10. 37 and 38  (Fox, J)  Cr. OB#     P. | | | | |
| |     1c: Mr. Mathias and USA    (ent. 9/13/91) | sr | | | |
| 9/13/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter | | | | |
| |     Evid. for Govern continued. | | | | |
| |     Govern. rests. - M/Rule 29 - denied | | | | |
| |     Evid. for co-deft. Cheatham and Richardson | | | | |
| 25. | ORDER - govern exhs. No.s 44, 45, 71, 35, 36, (money, | | | | |
| |     gun and bulletts) returned to the custody of | | | | |
| |     Kenneth Mathias - Raleigh PoliceDept - (Fox, J) | | | | |
| |     Cr. OB#     P.      (ent. 9/14/91)   1c: | | | | |
| |     Mr. Mathias and USA. | sr | | | |
| 9/14/91 | -- Wilm.-Judge Fox-Talley TAylor Ct. Reporter - Evid. continued for Richardson | | | | |
| 9/16/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter | | | | |
| |     J.T. continued - No evid. for deft. Thomas - No Rebuttal | | | | |
| |     Closing Arguments | | | | |
| |     Charge to jury | | | | |
| |     Alternates excused | | | | |
| |     Jury retired at 1:47 P.M. | | | | |
| 27. | **JURY VERDICT** - not guilty Ct. 1 | | | | |
| |     1c: USA, USPO, Judge Fox | | | | |
| 28. | **JUDGMENT OF ACQUITTAL** - found not guilty by the jury of | | | | |
| |     ct. 1 (Fox, J)   Cr. OB# *44*    P. *178* | | | | |
| |     1c: USPO, deft. Mr. Duncan, Judge Fox 2c: USA, | | | | |
| |     3c: USM   (ent. *9-20-91* ) | sr | | | |
| | No Deft. exhibits - Govern. exhibits in Exh. room | | | | |
| 9/27/91 | -- **TRANSCRIPT** - Trial - 9/10/91 - Wilm. - Judge Fox - Vol. 1 of 2 | | | | |
| |     page 1 thru 73 - Talley Taylor Ct. Reporter | | | | |
| |     -excerpted testimony of Howard Ashworth Cowan | | | | |
| | -- **TRANSCRIPT** - Trial - 9/11/91 - Wilm. Judge Fox - Vol. 2 of 2 | | | | |
| |     page 1 thru 129 - Excerpted testimony of Howard Ashworth | | | | |
| |     Cowan - Talley Taylor Ct. Reporter | | | | |
| | -- **TRANSCRIPT** - Trail - 9/12/91 - Wilm. Judge Fox - Vol. 1 of 1 | | | | |
| |     pages 1 thru 54 - excerpted testimony of William Keith | | | | |
| |     Wade - Talley Taylor Ct. Reporter. | | | | |
| | (all transcript in file of Macklin Cheatham - deft. o2) | | | | |